UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JESSE OSBORNE | ) | |
| | ) | |
| v. | ) | No. 3:04-00493 |
| | ) | JUDGE CAMPBELL |
| CITY OF FRANKLIN, et al. | ) | |

**CONSOLIDATED FOR DISCOVERY**

| | | |
|---|---|---|
| JOHN CALVIN REED | ) | |
| | ) | |
| v. | ) | No. 3:04-00519 |
| | ) | JUDGE CAMPBELL |
| CITY OF FRANKLIN, et al | ) | |

ORDER

Pending before the Court are Defendants' Motion For Summary Judgment, as to Plaintiff Osborne (Docket No. 14 in Case No. 3:04-00493); Defendants' Motion For Summary Judgment, as to Plaintiff Reed (Docket No. 12 in Case No. 3:04-00519); and Defendants' Motion To Strike Or, In The Alternative, Motion For Clarification (Docket No. 33 in Case No. 3:04-00493).

For the reasons set forth in the accompanying Memorandum, the Motions For Summary Judgment are GRANTED in part, and DENIED in part. Defendants are entitled to summary judgment on all claims except those brought for age discrimination under the ADEA and the THRA.

Defendants' Motion To Strike is DENIED.

The trial in the Reed case is set for October 11, 2005, and the Pretrial Conference is set for October 3, 2005. The trial in the Osborne case is currently set for October 25, 2005, and the Pretrial Conference is set for October 17, 2005. The parties in both cases are currently engaged

in alternative dispute resolution.

To allow the parties sufficient time to complete that process, the trials are CONTINUED as follows: The trial in the Reed case is CONTINUED until April 4, 2006, beginning at 9:00 a.m. The Pretrial Conference is CONTINUED until March 20, 2006, at 11:30 a.m. The trial in the Osborne case is CONTINUED until April 11, 2006, beginning at 9:00 a.m. The Pretrial Conference is CONTINUED until April 3, 2006, at 10:00 a.m. All lawyers who will participate in the trial must attend the pretrial conference. By separate Order in each case, additional pretrial deadlines will be established.

Also pending before the Court is Defendants' Motion To Consolidate. The Motion is held under advisement pending responses of the Plaintiffs.

It is so ORDERED.

                                                  *Todd Campbell*
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE